**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kathy Grismore, | ) | No. CV 06-1322-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Southwest Credit Systems, L.P., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiff's Motion to Receive Notice of Electronic Filings by a Party Appearing Without an Attorney. (Dkt. 13.) Good cause having been shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Receive Notice of Electronic Filings by a Party Appearing Without an Attorney. (Dkt. 13.)

**IT IS FURTHER ORDERED** that the Clerk shall enter the following e-mail address in the Court's CM/ECF system for purposes of notification <u>only</u>: grismore7442@msn.com.

DATED this 16th day of August, 2006.

Stephen M. McNamee
United States District Judge