**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore, | No. CV 06-1322-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Southwest Credit Systems, L.P., et al., | |
| Defendants. | |

Before the Court is a Joint Notice of Settlement filed by Plaintiff and Defendants, in which they inform the Court that the parties have reached a settlement. (Dkt. 25.)

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal with prejudice no later than **Monday, March 5, 2007**.

**IT IS FURTHER ORDERED** that a settlement status hearing is set for **Monday, March 12, 2007 at 11:30 a.m.**  If a stipulation for dismissal with prejudice is filed on or before **Monday, March 5, 2007**, the settlement status hearing shall be vacated.

**IT IS FURTHER ORDERED VACATING** the Preliminary Pretrial Conference scheduled to take place on February 13, 2007 at 2:00 p.m.

DATED this 10th day of February, 2007.

Stephen M. McNamee
United States District Judge