**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathy Grismore,<br><br>    Plaintiff,<br><br> v.<br><br>Southwest Credit Systems, L.P., et al.,<br><br>    Defendants. | No. CV 06-1322-PHX-SMM<br><br>**ORDER** |

Having received the parties' Stipulation to Dismiss With Prejudice (dkt. 28), filed with this Court on March 1, 2007, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation to Dismiss With Prejudice is **GRANTED**. (Dkt. 28.)

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees..

**IT IS FURTHER ORDERED VACATING** the Settlement Status Hearing currently scheduled for March 12, 2007 at 11:30 a.m., and all other deadlines.

DATED this 5th day of March, 2007.

Stephen M. McNamee
United States District Judge